Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the merchandise was held dutiable as follows: (1) The items entered or withdrawn from warehouse for consumption prior to June 6, 1951, at 35 percent ad valorem under paragraph 1210, as modified by T. D. 51802; and (2) the items entered or withdrawn from warehouse for consumption on and after June 6, 1951, at 32½ percent under said paragraph, as modified by T. D. 52739.

BEFORE THE THIRD DIVISION, MARCH 29, 1956

**No. 59796.**—Doulton & Co., Inc., et al. *v.* United States, protests 247579–K (A), etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 59797.**—Edward P. Paul & Co., Inc. *v.* United States, protest 157155–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59798.**—Acme Novelty Co. and Universal Foreign Service, Inc. *v.* United States, protest 257764–K (Los Angeles).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 59799.**—Kaufmann Department Stores et al. *v.* United States, protests 170687–K, etc. (New York).